UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL SHAVERS,

    Plaintiff,

CASE NO. 1:15-CV-222

v.

HON. ROBERT J. JONKER

UNKNOWN SHARP, et al.,

    Defendants.
_____/

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on February 23, 2017 (ECF No. 39). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. 636(b)(1)(C). Plaintiff sent the Court a letter dated February 23, 2017, which was before Plaintiff would have received a copy of the Magistrate Judge's Report and Recommendation. Court records indicate the Report and Recommendation was mailed to Plaintiff on February 24, 2017. The Court filed the letter for the sake of a complete record. Plaintiff has not filed objections to the Report and Recommendation.

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 39) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motions for entry of default (ECF Nos. 26, 28 and 32) are **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's motions for an extension of time to serve defendants (ECF Nos. 31 and 34) are **DENIED**.

**IT IS FURTHER ORDERED** that all of Plaintiff's claims are **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 4(m).

The Court discerns no good-faith basis for appeal of this matter. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).


Date:   March 16, 2017              /s/ Robert J. Jonker
                                    ROBERT J. JONKER
                                    CHIEF UNITED STATES DISTRICT JUDGE